```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

LARRIE JENKINS, o/b/o,           *
KONNEISHA JENKINS,               *
                                 *
    Plaintiff,                   *
                                 *
vs.                              *   Civil Action No. 03-00878-BH-B
                                 *
JO ANNE B. BARNHART,             *
Commissioner of                  *
Social Security,                 *
                                 *
    Defendant.                   *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 14, 2005, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 2nd day of May, 2005.

                                    s/ W. B. Hand
                              **SENIOR DISTRICT JUDGE**