IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LARRIE JENKINS, o/b/o,          *
KONNEISHA JENKINS,              *
                                *
    Plaintiff,                  *
                                *
vs.                             *   Civil Action No. 03-00878-BH-B
                                *
JO ANNE B. BARNHART,            *
Commissioner of                 *
Social Security,                *
                                *
    Defendant.                  *


<u>JUDGMENT</u>

    In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income benefits be **AFFIRMED.**

    **DONE** and **ORDERED** this the 2nd day of May, 2005.


                                            s/ W. B. Hand
                                    **SENIOR DISTRICT JUDGE**